**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ASHLEY DRURY,**

      **Plaintiff,**

-vs-                                **Case No. 6:10-cv-1176-Orl-28DAB**

**VOLUSIA COUNTY, FLORIDA; ROBERT PAUL TAMERIS; JECOA DUANE SIMMONS; CHRISTIAN DUARTE; and KEVIN SWEAT;**

      **Defendants.**

_____

# ORDER

This case is before the Court on the Motions for Attorney Fees (Doc. Nos. 180 and 181) filed by Defendants Jecoa Duane Simmons ("Simmons"), Robert Paul Tameris ("Tameris"), Volusia County, Florida ("Volusia County") and Kevin Sweat ("Sweat"). The United States Magistrate Judge has submitted a report recommending that the motions be denied.

After an independent *de novo* review of the record in this matter, and consideration of the Objection to the Report and Recommendation filed by Defendants Simmons and Tameris (Doc. 195), the Objection is **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed March 16, 2012 (Doc. No. 194) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motions for Attorney Fees (Doc. Nos. 180 and 181) are **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___23rd___ day of April, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

JOHN ANTOON II
United States District Judge